**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 01-00081-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| MANUEL IGISAIAR CONCEPCION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Manuel Igisaiar Concepcion was sentenced on March 6, 2003 by the Honorable John S. Unpingco for Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841 and 846. He received a 70 month term of imprisonment, followed by five year term of supervised release with conditions to include that he not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, destructive device, or other dangerous weapon; comply with the standard conditions of supervision; refrain from the use of any and all alcoholic beverages; submit to a substance abuse intake assessment and any recommended treatment; obtain and maintain gainful employment; perform 300 hours of community service; allow the Probation Officer access to any and all Superior Court of Guam child support information and show proof of compliance with child support payments; and pay a $100 special assessment fee. Although the U.S. District Court of Guam has jurisdiction over his case, on March 28, 2007, Mr. Concepcion started a pre-release term to include home confinement with electronic monitoring at his mother's residence on Saipan, Commonwealth of the Northern Mariana Islands because he did not have an appropriate residence on Guam. On August 7, 2007, his pre-release term will terminate and Mr. Concepcion will commence his five year term of supervised release.

Mr. Concepcion has requested to return to Guam to serve his supervised release term and intends to travel on August 11, 2007.  He will reside alone in a residence in Tumon, Guam (verified) and will work as a property manager at A.T.S. Services in Agana Heights, Guam (verified).

Mr. Concepcion has complied with all conditions and instructions imposed on him during his pre-release term with the Bureau of Prisons.  He paid his $100 special assessment fee on February 27, 2003, and has complied with all reporting, substance abuse treatment and testing, and employment requirements.  This Officer supports the travel request and seeks Court approval.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:        /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    File

| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
| --- | --- | --- |

**Manuel I. Concepcion**
Criminal Case #01-00081-001
SS# XXX-XX-1131
DOB: XX-XX-1966
HT: 5 ft 10 in
WT: 280 lbs



DATE:     July 30, 2007

YOU ARE AUTHORIZED TO TRAVEL TO:          **From Saipan, N.M.I. to Guam**

FROM          **August 11, 2007**          AND RETURNING          **N/A**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To relocate from Saipan, N.M.I. to Guam.**

SPECIAL INSTRUCTIONS:          (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.     **You shall call U.S. Probation Officer John W. San Nicolas II (473-9227) within 24 hours upon arrival on Guam and report in-person to the U.S. Probation Office within 72 hours upon arrival on Guam;**

2.     **You shall comply with all supervised release conditions while on travel status;**

3.     **You shall advise U.S. Probation Officer John W. San Nicolas II of any changes in travel itinerary.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

          /s/ JOHN W. SAN NICOLAS II
          UNITED STATES PROBATION OFFICER

NAME          N/A
ADDRESS          ☐ APPROVED     ☐ DISAPPROVED