| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Manuel I. Concepcion**
Criminal Case #01-00081-001
SS# XXX-XX-1131
DOB: XX-XX-1966
HT: 5 ft 10 in
WT: 280 lbs

DATE: July 30, 2007

YOU ARE AUTHORIZED TO TRAVEL TO: **From Saipan, N.M.I. to Guam**

FROM **August 11, 2007** AND RETURNING **N/A**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To relocate from Saipan, N.M.I. to Guam.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall call U.S. Probation Officer John W. San Nicolas II (473-9227) within 24 hours upon arrival on Guam and report in-person to the U.S. Probation Office within 72 hours upon arrival on Guam;**

2. **You shall comply with all supervised release conditions while on travel status;**

3. **You shall advise U.S. Probation Officer John W. San Nicolas II of any changes in travel itinerary.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:



/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME  N/A
ADDRESS

[X] APPROVED  [ ] DISAPPROVED



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 31, 2007